

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denard Darnell Neal<br><br>Plaintiff,<br>V.<br><br>PIMCO-Pacific Investment Management Company<br><br>Defendant. | Civil Action No.   15cv02389-LAB-DHB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the case is dismissed without prejudice.

Date:   11/10/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ K. Sellars

K. Sellars, Deputy